# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**JASPER VARGAS,**
**Petitioner,**

vs.  Case Number: **10-2231**

**UNITED STATES OF AMERICA,**
**Respondent.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to 28 U.S.C. §2255 is dismissed as time-barred. Certificate of appealability is denied. Case terminated.

**Dated:** July 26, 2011

s/ Pamela E. Robinson
Pamela E. Robinson
Clerk, U.S. District Court